JOHN E. BURKE, an Infant, etc., Appellant, *v.* THOMSON METER COMPANY, Respondent.

(Argued October 11, 1892; decided October 25, 1892.)

APPEAL from judgment of the General Term of the City Court of Brooklyn entered upon an order made April 8, 1892, which modified and affirmed as modified a judgment in favor of defendant entered upon a decision of the court on trial at circuit.

*Alfred C. Coursen* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm on opinion below.

All concur.

Judgment affirmed.